## THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **WILLIAM EDGAR BRYANT** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. CIV-19-887-R** |
| | ) | |
| **ANDREW M. SAUL,** | ) | |
| **COMMISSIONER OF SOCIAL** | ) | |
| **SECURITY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

Plaintiff Mr. Bryant filed this action under 42 U.S.C. § 405(g) seeking judicial review of the Social Security Administration's final determination that he was not disabled, and therefore not due benefits under the Social Security Act. Doc. No. 1. As relief, Plaintiff requests the Court remand his case for an award of benefits. Doc. No. 16, pp. 17–19. In accordance with 28 U.S.C. § 636(b)(1)(B) and (C), the matter was referred to United States Magistrate Suzanne Mitchell for preliminary review. On June 11, 2020, Judge Mitchell issued a Report and Recommendation wherein she recommends Plaintiff's case be remanded for further proceedings. Doc. No. 23. Neither party has objected to the Report and Recommendation within the time limits prescribed therein nor has either party sought an extension of time in which to respond. Accordingly, the Report and Recommendation is hereby ADOPTED IN ITS ENTIRETY. Plaintiff's action is hereby remanded to the Social Security Administration for further administrative proceedings.

**IT IS SO ORDERED** this 29th day of June 2020.

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE